EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Jeffrey Burstein
One Newark Center, 21st Floor
Newark, N.J. 07102
tel: (973) 645-2267
fax: (973) 645-4524
e-mail: jeffrey.burstein@eeoc.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

\-----------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION,                         :
                                    :
                                    :    Civil Action No. 2:9-cv-04733
              Plaintiff             :    (ES) (CLW)
                                    :
       v.                           :
                                    :
                                    :
MITSUWA CORPORATION, d/b/a          :
Mitsuwa Marketplace                 :
                                    :
              Defendant.            :
\-----------------------------------------------------------------x

**PLAINTIFF EEOC'S NOTICE OF MOTION EXCLUDE THE LIABILITY PORTION OF THE EXPERT OPINION OF DR. CHARLES J. MULLIN**

To:   Edwin R. Matthews                    Charles Valente
      ematthews@bournenoll.com             cvalente@krasnowsaunders.com
      Bourne, Noll & Kenyon                Anne Lewis
      382 Springfield Avenue               alewis@krasnowsanders.com
      Summit, N.J. 07901                   Krasnow Saunders Cornblath, LLP
                                           The Boyce Building
                                           500 North Dearborn St., 2nd Floor
                                           Chicago, Ill. 60654

Attorneys for Defendant Mitsuwa Corporation

**PLEASE TAKE NOTICE** that on July 16, 2012 at 9:00a.m., or as soon as counsel may be heard thereafter, Plaintiff Equal Employment Opportunity Commission ("EEOC") will move before the Honorable Esther Salas, U.S.D.J., United States District Court for the District of New Jersey, M.L. King Jr. Federal Bldg. and U.S. Courthouse, 50 Walnut Street, Newark, N.J. 07102, for an Order pursuant to Rules 702 and 403 of the Federal Rules of Evidence to exclude the liability component of the expert opinion of Dr. Charles J. Mullin.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, EEOC will rely upon the accompanying Memorandum of Law and on the Declaration (with attachments) of Jeffrey Burstein.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith.

Dated: June 18, 2012               s/ Jeffrey Burstein
                                   Jeffrey Burstein
                                   Senior Trial Attorney
                                   Equal Employment Opportunity Commission
                                   One Newark Center, 21st Floor
                                   Newark, N.J. 07102
                                   tel: (973) 645-2267
                                   fax: (973) 645-4524
                                   e-mail: jeffrey.burstein@eeoc.gov