

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Newark Area Office**

1 Newark Center, 21st Floor
Newark, NJ  07102-5233

Jeffrey Burstein
Senior Trial Attorney
Phone (973) 645-2267
Fax:  (973) 645-4524

July 3, 2012

<u>Via ECF and FAX</u>

Honorable Esther Salas, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Courthouse
50 Walnut St.
Newark, N.J. 07101

      Re: <u>Equal Employment Opportunity Commission v. Mitsuwa Corporation</u>, Civ. Action No. 2:09-cv-4733 (ES) (CLW)

Dear Judge Salas:

    I represent Plaintiff Equal Employment Opportunity Commission (EEOC) in the above matter.  On June 18, 2012, EEOC filed a motion and supporting brief with the Court to exclude portions of Defendant's expert report (docket entry #91). Last night, Defendant served its brief in opposition to this motion (docket entry #92), meaning that EEOC's reply brief would be due Monday, July 9, 2012. Because of the forthcoming holiday and a previously planned vacation later this week, I am respectfully requesting a one-week extension for EEOC to file its reply brief, which would make the due date for EEOC's reply brief to be July 16, 2012. Counsel for Defendant, Charles A. Valente, has consented to this request.

    Thank you for Your Honor's attention to this matter.

                           Respectfully submitted,

                            <u>s/ Jeffrey Burstein          </u>
                            Jeffrey Burstein

c: Edwin R. Matthews (by e-mail)
   Charles A. Valente (by e-mail)
   Anne Lewis (by e-mail)