## BOURNE, NOLL & KENYON

A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| CARY R. HARDY | COUNSELLORS AT LAW | OF COUNSEL |
| JAMES R. OTTOBRE+ | 382 SPRINGFIELD AVENUE, SUITE 507 | ROBERT B. BOURNE |
| EDWIN R. MATTHEWS *▲ | P.O. BOX 690 | EDWARD T. KENYON (RET.) |
| ELIZABETH WATSON GRAMIGNA | SUMMIT, NEW JERSEY 07902-0690 | MARTIN RUBASHKIN (RET.) |
| PETER W. ULICNY | | |
| | (908) 277-2200 | |
| * NJ AND NY BAR | | COUNSEL |
| + NJ AND FLA BAR | | LISA A. GRATTAN◊ |
| ◊ NJ AND DC BAR | FAX (908) 277-6808 | LINDA N. ENGLEBY‡ |
| ‡ NJ, DC AND MD BAR | | |
| ▲ CERTIFIED CIVIL TRIAL ATTORNEY | | |
| | lawyers@bournenoll.com | |

October 17, 2012

**Via ECF and Facsimile**
The Honorable Esther Salas
U.S. District Court, District of New Jersey
50 Walnut Street, Room 45076
Newark, NJ 07101

       Re:    *EEOC v. Mitsuwa Corporation*, No. 2:09-cv-4733 (ES/CLW)

Dear Judge Salas:

       This Court held a telephonic status conference on October 12, 2012. The parties advised the Court that they continue to make progress in settlement negotiations. Pursuant to the parties' request, the Court stated that it would be willing to extend the current stay for an additional 30 days while the parties continue to discuss settlement. However, the Court requested, and the parties agreed, that all pending motions (docket nos. 84, 91, 100, and 101) be withdrawn at this time. If the parties are unable to reach a settlement, all motions will be refiled as is, including all response and reply briefs. At that time, the parties also will attempt to agree to a briefing schedule for the two motions that are not fully briefed.

                                                            Very truly yours,

                                                           s/Edwin R. Matthews
                                                           Edwin R. Matthews

cc:  Jeffrey Burstein (by email)
      Jadhira Rivera
      Charles A. Valente